# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

VICTORIA J. GODWIN,

    Plaintiff(s),

v.

CITY REDEVELOPMENT LLC, et al.,

    Defendant(s).

Case No.: 2:18-cv-1011-RFB-NJK

**Order**

On August 8, 2018, Plaintiff called the undersigned's chambers and left a voicemail. Plaintiff indicated, *inter alia*, that the copy of the Court's order at Docket No. 7 she received was illegible.

As a preliminary matter, Plaintiff is prohibited from calling chambers *ex parte*. Local Rule IA 7-2. Any request for relief must be filed on the docket. As a one-time courtesy, however, the Court **INSTRUCTS** the Clerk's Office to mail Plaintiff a second copy of the Court's order at Docket No. 7.

IT IS SO ORDERED.

Dated: August 8, 2018

                                                                      
NANCY J. KOPPE
United States Magistrate Judge