# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| VICTORIA-JOY GODWIN,<br><br>    Plaintiff,<br><br>v.<br><br>CITY REDEVELOPMENT, LLC, et al.,<br><br>    Defendants. | Case No.: 2:18-cv-01011-RFB-NJK<br><br>ORDER<br><br>(Docket No. 9) |

Pending before the Court is Plaintiff's motion to extend time to file her second amended complaint. Docket No. 9.

For good cause shown, the Court **GRANTS** Plaintiff's motion. Docket No. 9. Plaintiff shall file her second amended complaint no later than September 26, 2018, in accordance with the Court's order at Docket No. 7.

IT IS SO ORDERED.

Dated: August 27, 2018

                                                NANCY J. KOPPE
                                                United States Magistrate Judge

1